IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALISON T. KAMPE,

           Plaintiff,

    vs.

NEBRASKA URBAN INDIAN HEALTH
COALITION, INC.,

           Defendant.

**8:25CV94**

**ORDER OF DISMISSAL**

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 26). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to bear their own costs and attorneys' fees.

Dated this 30th day of April, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge